NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janine Mothershed, *et al.*, | No. CV-14-01719-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Thunderbird Collection Specialists Incorporated, *et al.*, | |
| Defendants. | |

UPON stipulation of the parties (Doc. 31), and good cause appearing,

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 23rd day of April, 2015.

_____
Honorable John J. Tuchi
United States District Judge